IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ARLING OLSON,

                                         ORDER

            Plaintiff,

                                       10-cv-199-bbc

    v.

TIMOTHY MOORE,
in his individual capacity,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Arling Olson has filed a motion for reconsideration of the ruling on defendant Timothy Moore's motion to exclude evidence related to claims that I dismissed at summary judgment. In reviewing plaintiff's motion, I realized that the final pretrial conference order includes a mistake. Accordingly, IT IS ORDERED that plaintiff's motion for reconsideration is GRANTED and the June 17, 2011 order is AMENDED to state that the motion to exclude evidence related to claims dismissed at summary is GRANTED as to all allegedly retaliatory acts except (1) transferring plaintiff to a civil process server position

1

and (2) giving plaintiff a bad schedule.

Entered this 20th day of June, 2011.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge