IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ARLING OLSON,

|  |  |
|---|---|
| Plaintiff, | SPECIAL VERDICT: DAMAGES |
| v. | 10-cv-199-bbc |
| TIMOTHY MOORE, |  |
| Defendant. |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We, the jury, for our special verdict, do find as follows:

<u>Question No. 1</u>: What sum of money will fairly and reasonably compensate plaintiff Arling Olson for the injuries he has sustained as a result of defendant Timothy Moore's internal investigation of plaintiff?

Answer $ ___10,000___

Answer Question No. 2.

<u>Question No. 2</u>:  Did defendant Moore's internal investigation demonstrate a willful

1

or reckless disregard for the law?

Answer ___YES___

(Yes) or No)

If your answer to Question No. 2 was "Yes," answer Question No. 3.  If your answer to Question No. 2, was "No," do not answer any more questions.

<u>Question No. 3</u>: What amount of money, if any, do you award as punitive damages?

Answer $ ___250,000___

_____
Presiding Juror

Madison, Wisconsin
Dated this __24__ day of June, 2011.

2